IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SHANTWAUN J. TURNER,

    Plaintiff,

v.                                                               4:15cv334–WS/GRJ

BRIAN DAVIS, et al.,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation (doc. 56) docketed July 15, 2016. The magistrate judge recommends that Ernest Gorham's motion to dismiss be denied. No objections to the report and recommendation have been filed.

    The court has reviewed the record and has determined that the magistrate judge's recommendation should be adopted.

    Accordingly, it is ORDERED:

    1. The magistrate judge's report and recommendation (doc. 56) is ADOPTED and incorporated into this order by reference.

2.  Defendant Gorham's motion to dismiss (doc. 25) is DENIED.

3.  The case is REMANDED to the magistrate judge for further proceedings.

DONE AND ORDERED this     10th     day of      August    , 2016.


                           s/ William Stafford
                           WILLIAM STAFFORD
                           SENIOR UNITED STATES DISTRICT JUDGE