IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SHANTWAUN J. TURNER,

    Plaintiff,

v.                                                                 4:15cv334–WS/GRJ

BRIAN DAVIS, et al.,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed August 30, 2016. See Doc. 64. The magistrate judge recommends that the motions for summary judgment (docs. 44 & 49) filed by Defendants Patrick Sanford and Brian Davis be granted. Plaintiff has filed no objections to the report and recommendation.

Having considered the record in this case, the court finds that the magistrate judge's report and recommendation is due to be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 64) is

ADOPTED and incorporated by reference into this order.

    2. Patrick Sanford's motion for summary judgment (doc. 44) is GRANTED.

    3. Brian Davis's motion for summary judgment (doc. 49) is GRANTED.

    4. All claims against Patrick Sanford and Brian Davis are DISMISSED WITH PREJUDICE. The clerk shall note on the docket that Sanford and Davis have been terminated from this action.

    5. The clerk shall REMAND the case to the magistrate judge for further proceedings.

    DONE AND ORDERED this   4th   day of   October  , 2016.


    s/ William Stafford
    WILLIAM STAFFORD
    SENIOR UNITED STATES DISTRICT JUDGE