IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SHANTWAUN J. TURNER,

    Plaintiff,

v.                                              4:15cv334–WS/GRJ

BRIAN DAVIS,
ERNEST GORHAM,
FEDERAL BUREAU OF INVESTIGATIONS,
and PATRICK SANFORD,

    Defendants.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 72) docketed March 16, 2017. The magistrate judge recommends that Ernest Gorham's motion for summary judgment be granted. All other defendants were previously dismissed from the case. The plaintiff has filed no objections to the report and recommendation.

Having considered the record, the court finds that the magistrate judge's report and recommendation is due to be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 72) is hereby ADOPTED and incorporated by reference into this order.

2. Ernest Gorham's motion for summary judgment (doc. 62) is GRANTED, and Ernest Gorham is hereby DISMISSED from this action with prejudice.

3. The clerk shall enter judgment stating: "All claims are DISMISSED with prejudice.

DONE AND ORDERED this   25th   day of   April  , 2017.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE